ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA WALDER**, | |
| Plaintiff, | Case No. CV 08-3462 BZ |
| v. | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES** |
| **NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**, and **DOES 1 through 10**, | |
| Defendants. | |

In accordance with Federal Civil Procedure Rule 7.1 and Local Rule 3-16, Defendant Northwestern Mutual Life Insurance Company ("NML") makes the following disclosures about its corporate identity and certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

- 1 -

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**

1  NML does not have a parent company and no publicly owned corporation owns 10% or more of its stock. However, Standard Insurance Company, which is wholly owned by StanCorp Financial Group, has a financial interest in the outcome of this matter.

DATED: August 20, 2008

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP


   */s/Andrew Altschul*
Andrew M. Altschul (#226008)
Attorney for Defendant

-2-

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**