ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon  97204
Telephone:  503.974.5022
Facsimile:  971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA WALDER**, | |
| Plaintiff, | Case No. CV 08-3462-BZ |
| v. | |
| **NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10**, | **STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

IT IS HEREBY REQUESTED BY STIPULATION between the parties, through their respective undersigned attorneys that the Case Management Conference currently set for October 27, 2008 in Ctrm G, 15th Floor, SF at 4:00 PM be rescheduled to November 3, 2008 at 4:00 PM via telephone.

The request to change the date is made to accommodate Defendant's counsel who is unavailable on October 27, 2008. The request to have the hearing via telephone is also to accommodate Defendant's counsel who is located in Portland, Oregon.  Plaintiff's counsel has no objections to these requests and joins in the request.

- 1 -

**STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| 1 | Dated: October 16, 2008 | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
| 2 | | |
| 3 | | _____/s/Andrew Altschul_____ |
| 4 | | Andrew M. Altschul (#226008)<br>Attorney for Defendants |
| 5 | Dated: October 16, 2008 | KLETTER & PERETZ |
| 6 | | |
| 7 | | /s/Cary Kletter |
| 8 | | Cary S. Kletter (#210230)<br>Attorney for Plaintiff |

10  IT IS SO ORDERED:

12  Dated: October 20, 2008

14  Counsel shall contact CourtCall, for telephonic court appearance at 1-888-882-6878, and make arrangements for the conference call now scheduled for Nov. 3, 2008 at 4:00p.m.

GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE**