UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WALDER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE CO.,<br><br>      Defendant(s). | No. C08-3462 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: January 22, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WALDER\WALDER CONDITIONAL ORD DISMISSAL.wpd

1